IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS HALE,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>        Defendant. | CV 25-200-M-WWM<br><br>ORDER TO REMAND |

Based upon the Stipulated Motion to Remand (Doc. 9) of the parties,

**IT IS HEREBY ORDERED** that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be **REVERSED AND REMANDED** to the Commissioner of Social Security. On remand, the Commissioner will further develop the record as necessary, offer Plaintiff a new hearing, and issue a new decision.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE