UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS HALE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | Case No. CV-25-200-M-WWM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that the Commissioner's decision in regard to Plaintiff's application for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.
　　This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

　　　Dated this 27th day of January, 2026

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　　　　　By:　/s/ Sarah Nagy
　　　　　　　　　　　　　　　　　　Deputy Clerk