IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS HALE,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>                    Defendant. | CV 25-200-M-WWM<br><br>ORDER GRANTING AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE 28 U.S.C. § 2412(d) |

Based upon the Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) (Doc. 12),

**IT IS HEREBY ORDERED** that attorney's fees in the amount of Nine Hundred Eighty-Two Dollars and Fifteen Cents ($982.15), as authorized by 28 U.S.C. § 2412(d), shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 586-87 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Andrew T. Koenig, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any payment of costs may be made either by electronic fund transfer or by check. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: P. O. Box 2101, Missoula, MT 59806.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 26th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE